

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-19-00023-CV

_____

JEFFERSON TRUCKING, LLC, TIMOTHY WAYNE JEFFERSON,
AND ERIC WAYNE JEFFERSON, Appellants

V.

EDDIE MCPHERSON AND KAREN PEARSON, Appellees

On Appeal from the 115th District Court
Upshur County, Texas
Trial Court No. 16-00247

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Justice Burgess

## MEMORANDUM OPINION

The appellants have filed a motion with this Court seeking to voluntarily dismiss this appeal. Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted. *See* TEX. R. APP. P. 42.1(a)(1). Accordingly, we dismiss this appeal.

Ralph K. Burgess
Justice

Date Submitted:     May 28, 2019
Date Decided:       May 29, 2019